| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NORTH CAROLINA |
| Case number *(if known)*          Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
MSS, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
DBA  MSS Ortiz Electrical Services

**3. Debtor's federal Employer Identification Number** (EIN)  
56-1421150

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2315 Sparger Road** **Durham, NC 27705** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Durham** | **Location of principal assets, if different from principal place of business** |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify:

Debtor **MSS, Inc.**      Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** *that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **MSS, Inc.**      Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When | _____ |
| | | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
        Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.    Insurance agency _____
               Contact name _____
               Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **MSS, Inc.** Case number (*if known*)
Name

☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | MSS, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 28, 2023**
MM / DD / YYYY

X **/s/ Matthew Filzen**                               **Matthew Filzen**
Signature of authorized representative of debtor       Printed name

Title  **Vice President/Chief Operations Officer**

**18. Signature of attorney**

X **/s/ Joseph Z. Frost**                              Date  **August 28, 2023**
Signature of attorney for debtor                             MM / DD / YYYY

**Joseph Z. Frost**
Printed name

**BUCKMILLER, BOYETTE & FROST, PLLC**
Firm name

**4700 Six Forks Road, Suite 150**
**Raleigh, NC 27609**
Number, Street, City, State & ZIP Code

Contact phone  **919-296-5040**        Email address  **jfrost@bbflawfirm.com**

**44387 NC**
Bar number and State

Fill in this information to identify the case:

Debtor name: **MSS, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF NORTH CAROLINA**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Aldana Electric, LLC<br>Attn: Manager, Agent, Officer<br>1412 Beacon Valley Drive<br>Raleigh, NC 27604 | | Property Owner: Vintage Raleigh West Owner, LLC; General Contractor: T.D.K. Construction Co., Inc. | Disputed | $40,100.00 | $0.00 | $40,100.00 |
| Ally Bank<br>Attn: Manager, Agent, Officer<br>P.O. Box 130424<br>Roseville, MN 55113-0004 | | 2019 Ram 1500 Classic Crew Cab VIN#1C6RR6TT5KS727381 | | $30,399.94 | $21,200.00 | $9,199.94 |
| Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130 | | Credit Card Account | | | | $2,452.25 |
| Chrysler Capital<br>Attn: Manager, Agent, Officer<br>PO Box 961275<br>Fort Worth, TX 76161 | | 2022 Dodge Ram 1500 Classic Crew Cab VIN#3C6RR6KG5NG172710 | | $34,785.25 | $29,000.00 | $5,785.25 |
| Chrysler Capital<br>Attn: Manager, Agent, Officer<br>PO Box 961275<br>Fort Worth, TX 76161 | | 2021 Ford Transit 250 Cargo Van VIN#1FTBR1Y81MKA57249 | | $49,558.67 | $40,265.00 | $9,293.67 |
| Electron Electrical Electronic Sys<br>Attn: Manager, Agent, Officer<br>181 Sea Mist Drive<br>Sanford, NC 27332 | | | | | | $64,663.00 |

Debtor **MSS, Inc.**      Case number *(if known)*
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ellen Lighting & Hardware**<br>Attn: Manager, Agent, Officer<br>12601 Stafford Road<br>Stafford, TX 77477 | | | | | | $43,407.68 |
| **First National Bank**<br>Attn: Manager, Agent, Officer<br>4140 E. State Street<br>Hermitage, PA 16148 | | **All Inventory, Chattel Paper, Accounts, Equipment** | | $431,504.44 | $0.00 | $431,504.44 |
| **Hunt Electric Supply Company**<br>Attn: R. Samuel Hunt, III<br>1213 Maple Avenue<br>Burlington, NC 27215 | | **Meridian at Rogers Branch Project Construction Project** | **Disputed** | $315,683.44 | $0.00 | $315,683.44 |
| **Hunt Electric Supply Company**<br>Attn: R. Samuel Hunt, III<br>1213 Maple Avenue<br>Burlington, NC 27215 | | **Birch Hill Apartments Project** | **Disputed** | $33,226.67 | $0.00 | $33,226.67 |
| **MasTec USG**<br>Attn: Manager, Agent, Officer<br>2721 Carpenter Upchurch Rd<br>Cary, NC 27519 | | | | | | $14,262.65 |
| **Milan Electrical Company, LLC**<br>Attn: Manager, Agent, Officer<br>2109 Arbor Lane<br>High Point, NC 27265 | | | | | | $125,390.00 |
| **Soto Home Investments**<br>Attn: Manager, Agent, Officer<br>103 N. Joyland Avenue<br>Durham, NC 27703 | | | | | | $2,900.00 |
| **Tommy Joe McCorkle**<br>4616 Rapids Lane<br>Durham, NC 27705 | | **All Personal Property and Assets** | | $500,000.00 | $0.00 | $500,000.00 |

Debtor **MSS, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Truist Bank** **Attn: Manager, Agent, Officer** **PO Box 698** **Wilson, NC 27894-0698** | | **Credit card purchases** | | | | $4,215.51 |
| **Villa Electric, LLC** **Attn: Manager, Agent, Officer** **104 Baywood Place** **Chapel Hill, NC 27517** | | | | | | $14,580.00 |
| **WEX Bank** **Attn: Manager, Agent, Officer** **PO Box 639** **Portland, ME 04104-0639** | | | | | | $8,809.00 |
| **Womack Electric Supply** **Attn: Manager, Agent, Officer** **3352 Apex Parkway** **Apex, NC 27502** | | **Meridian at Rogers Branch, LLC Construction Project** | **Disputed** | $226,523.97 | $0.00 | $226,523.97 |
| **Womack Electric Supply** **Attn: Manager, Agent, Officer** **2018 S. Main Street, Ste. 800** **Wake Forest, NC 27587** | | **Symphony Park aka Symphony Park Senior Living Construction Project** | **Disputed** | $80,687.42 | $0.00 | $80,687.42 |
| **Womack Electric Supply** **Attn: Manager, Agent, Officer** **2018 S. Main Street, Ste. 800** **Wake Forest, NC 27587** | | **Vintage Raleigh West Owner, LLC Construction Project** | **Disputed** | $46,630.87 | $0.00 | $46,630.87 |

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re  **MSS, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President/Chief Operations Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **August 28, 2023**

**/s/ Matthew Filzen**
**Matthew Filzen**/**Vice President/Chief Operations Officer**
Signer/Title

Aldana Electric, LLC
Attn: Manager, Agent, Officer
1412 Beacon Valley Drive
Raleigh, NC 27604

Ally Bank
Attn: Manager, Agent, Officer
P.O. Box 130424
Roseville, MN 55113-0004

Benjamin D. Overby
The Vernon Law Firm
PO Drawer 2958
Burlington, NC 27216-2958

BFG Huntersville Propco, LLC
Attn: Corporation Service Company
2626 Glenwood Avenue, Ste. 550
Raleigh, NC 27608

Builders Mutual Insurance Co.
Attn: Manager, Agent, Officer

Capital Lighting & Supply, LLC
Attn: Manager, Agent, Officer
8711 Westphalia Road
Upper Marlboro, MD 20772

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130

Carolina Commercial Contractors LLC
Attn: Manager, Agent, Officer
1600 Colon Road
Sanford, NC 27331

Carolina Commercial Contractors L
1600 Colon Road
Sanford, NC 27331

Chrysler Capital
Attn: Manager, Agent, Officer
PO Box 961275
Fort Worth, TX 76161

Dallas A. Swain
30 Sparger Springs Lane
Durham, NC 27705

Durham County Tax Collector
Attn: Manager, Agent, Officer
201 E Main St, 3rd Fl, Admin Bldg
Durham, NC 27701

Electron Electrical Electronic Sys
Attn: Manager, Agent, Officer
181 Sea Mist Drive
Sanford, NC 27332

Ellen Lighting & Hardware
Attn: Manager, Agent, Officer
12601 Stafford Road
Stafford, TX 77477

Fidelity National Title InsuranceCo
Attn: Manager, Agent, Officer
223 S. West Street, Ste. 900
Raleigh, NC 27603

First National Bank
Attn: Manager, Agent, Officer
4140 E. State Street
Hermitage, PA 16148

Grayson Homes
5711 Six Forks Rd.
Suite 103
Raleigh, NC 27609

Hunt Electric Supply Company
Attn: R. Samuel Hunt, III
1213 Maple Avenue
Burlington, NC 27215

Internal Revenue Service
Attn: Manager, Agent, Officer
PO Box 7346
Philadelphia, PA 19101-7346

J.D. Hensarling
Vann Attorneys, PLLC
1720 Hillsborough Street, Ste. 200
Raleigh, NC 27605

Joseph P. Gram
Conner Gwyn Schenck, PLLC
3141 John Humphreys Wynd, Ste. 10
Raleigh, NC 27612

MasTec USG
Attn: Manager, Agent, Officer
2721 Carpenter Upchurch Rd
Cary, NC 27519

Meridian at Rogers Branch, LLC
Attn: NorthView Partners, LLC
6131 Falls of Neuse Rd., Ste. 202
Raleigh, NC 27609

Metrocon
3516 Bush Street
Suite 100
Raleigh, NC 27609

Milan Electrical Company, LLC
Attn: Manager, Agent, Officer
2109 Arbor Lane
High Point, NC 27265

Nan E. Hannah
Hannah Sheridan & Cochran, LLP
5400 Glenwood Ave., Ste. 330
Raleigh, NC 27612

NC Department of Revenue
Office Serv. Div, Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

NorthView Construction, LLC  
Attn: Manager, Agent, Officer  
6131 Falls of Neuse Road, Ste. 202  
Raleigh, NC 27609  

Partners in Construction of VA, LLC  
Attn: Registered Agents, Inc.  
4030 Wake Forest Road, Ste. 349  
Raleigh, NC 27609  

Partners in Construction, LLC  
Attn: Manager, Agent, Officer  
1510 Columbus Avenue  
Portsmouth, VA 23704  

Preston Development Group, LLC  
PO Box 38848  
Greensboro, NC 27438  

Shiloh Partners, LLC  
Attn: Manager, Agent, Officer  
1005 Lower Shiloh Way  
Morrisville, NC 27560  

Soto Home Investments  
Attn: Manager, Agent, Officer  
103 N. Joyland Avenue  
Durham, NC 27703  

T.D.K. Construction Co., Inc.  
Attn: CT Corporation System  
160 Mine Lake Court, Ste. 200  
Raleigh, NC 27615  

Teague Campbell Dennis & Gorham  
Attn: Manager, Agent, Officer  
4700 Falls of Neuse Rd  
Raleigh, NC 27609  

Toledo Builders, LLC  
PO Box 13882  
Durham, NC 27709  

Tommy Joe McCorkle  
4616 Rapids Lane  
Durham, NC 27705  

Truist Bank  
Attn: Manager, Agent, Officer  
PO Box 698  
Wilson, NC 27894-0698  

Villa Electric, LLC  
Attn: Manager, Agent, Officer  
104 Baywood Place  
Chapel Hill, NC 27517  

Vintage Raleigh West Owners, LLC  
Attn: National Registered Agent  
160 Mine Lake Court, Ste. 200  
Raleigh, NC 27615  

WEX Bank  
Attn: Manager, Agent, Officer  
PO Box 639  
Portland, ME 04104-0639  

Womack Electric Supply  
Attn: Manager, Agent, Officer  
3352 Apex Parkway  
Apex, NC 27502  

Womack Electric Supply  
Attn: Manager, Agent, Officer  
2018 S. Main Street, Ste. 800  
Wake Forest, NC 27587

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **MSS, Inc.**
　　　　　　　　　　　　　Debtor(s)

Case No.
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **MSS, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 28, 2023**
Date

**/s/ Joseph Z. Frost**
**Joseph Z. Frost**
Signature of Attorney or Litigant
Counsel for **MSS, Inc.**
**BUCKMILLER, BOYETTE & FROST, PLLC**
**4700 Six Forks Road, Suite 150**
**Raleigh, NC 27609**
**919-296-5040 Fax:919-890-0356**
**jfrost@bbflawfirm.com**