**UNITED STATES BANKRKUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISON**

| | |
|---|---|
| IN RE: | CASE NO. |
| MSS, INC., | 23-02487-5-JNC |
| DEBTOR. | CHAPTER 11 |

**NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE**

The United States Bankruptcy Administrator for the Eastern District of North Carolina hereby appoints CIARA L. ROGERS as Subchapter V Trustee for the above-captioned case until such time that the Trustee's services are discharged or otherwise terminated.

This the 29th day of August 2023.

/s/ Brian C. Behr
Brian C. Behr
Bankruptcy Administrator
434 Fayetteville Street, Suite 640
Raleigh, North Carolina 27601

The undersigned certifies that the foregoing was served on those parties registered to receive notices for this case by means of the Electronic Filing System of the Bankruptcy Court on the date hereof.

/s/Brian C. Behr