UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

MSS, Inc. dba  
MSS Ortiz Electrical Services

CASE NO.: 23-02487-5-JNC

CHAPTER 11

DEBTOR

## REPORT OF COMPLIANCE

NOW COMES Ellen Lighting, Inc. ("Ellen Lighting") through counsel, and respectfully files this Report of Compliance with Amended Order of Sanctions Against Ellen Lighting, Inc. entered January 8, 2025 [Dkt. 239]. In support of this Report, Ellen Lighting states the following:

1. This Court entered an Amended Order of Sanctions on January 8, 2025 [Dkt. 239].

2. The Order required Ellen Lighting to pay sanctions in the amount of $1,500 and to provide documents within 15 days of service.

3. Ellen Lighting timely paid the $1,500 and timely provided the documents.

WHEREFORE, Ellen Lighting, Inc., through counsel, respectfully shows the Court that it is in compliance with the Amended Order of Sanctions entered on January 8, 2025 [Dkt. 239].

This the 12th day of February, 2025.

STEVENS MARTIN VAUGHN & TADYCH, PLLC

s/ William P. Janvier  
William P. Janvier  
State Bar No. 21136  
2225 W. Millbrook Rd.  
Raleigh, NC 27612  
Tel.: (919) 582-2300  
Email: wjanvier@smvt.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the **REPORT OF COMPLIANCE** was served on all counsel of record, by depositing true copies thereof with the United States Postal Service, first-class postage prepaid, or by electronic mail as indicated below:

| | |
|---|---|
| Kirstin E. Gardner (Via CM/ECF)<br>Bankruptcy Administrator's Office<br>434 Fayetteville Street, Suite 640<br>Raleigh, NC 27601 | Ciara L. Rogers, Trustee (Via CM/ECF)<br>Waldrep Wall Babcock & Bailey PLLC<br>3600 Glenwood Avenue<br>Suite 210<br>Raleigh, NC 27612 |
| Joseph Zachary Frost (Via CM/ECF)<br>Buckmiller, Boyette & Frost, PLLC<br>4700 Six Forks Road<br>Suite 150<br>Raleigh, NC 27609 | MSS, Inc.<br>2315 Sparger Road<br>Durham, NC 27705 |

This the 12th day of February, 2025.

STEVENS MARTIN VAUGHN & TADYCH, PLLC

s/ William P. Janvier
William P. Janvier
State Bar No. 21136
2225 W. Millbrook Rd.
Raleigh, NC 27612
Tel.: (919) 582-2300
Email: wjanvier@smvt.com